IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ANTHONY BEST, | § | |
| *Plaintiff,* | § § § | |
| | § | Civil Action No. 6:14cv180 |
| v. | § § | |
| LINDA RICHY, ET AL., | § § | |
| *Defendants.* | § | |

## ORDER OF DISMISSAL

The above-entitled and numbered civil action was directly assigned to United States Magistrate Judge John D. Love, who subsequently issued a Report and Recommendation that Plaintiff's action be dismissed without prejudice for failure to prosecute and failure to obey an order. No objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. Accordingly,

**IT IS HEREBY ORDERED** that the above-entitled and numbered cause of action is **DISMISSED WITHOUT PREJUDICE**. Fed. R. Civ. P. 41(b); Rule 41, Local Rules for the Eastern District of Texas.

All motions by either party not previously ruled on are hereby **DENIED**.
**It is SO ORDERED.**
**SIGNED this 28th day of July, 2014.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE